# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: LARREGUI, ELISA | § | Case No. 12-24548-RBR |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SONYA L. SALKIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $335,900.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $7,264.61

Claims Discharged Without Payment: $146,011.14

Total Expenses of Administration: $3,860.39

3) Total gross receipts of $ 11,125.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $11,125.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $459,075.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,860.39 | 3,860.39 | 3,860.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 151,368.89 | 79,429.86 | 79,429.86 | 7,264.61 |
| **TOTAL DISBURSEMENTS** | $610,443.89 | $83,290.25 | $83,290.25 | $11,125.00 |

4) This case was originally filed under Chapter 7 on June 14, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2013 By: /s/SONYA L. SALKIN, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds paid to VW Credit on behalf of sister | 1241-000 | 11,125.00 |
| **TOTAL GROSS RECEIPTS** | | $11,125.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | One West Bank | 4110-000 | 459,075.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $459,075.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONYA L. SALKIN, TRUSTEE | 2100-000 | N/A | 1,862.50 | 1,862.50 | 1,862.50 |
| SONYA L. SALKIN, TRUSTEE | 2200-000 | N/A | 135.27 | 135.27 | 135.27 |
| SALKIN, MOFFA & BONACQUISTI | 3110-000 | N/A | 1,734.50 | 1,734.50 | 1,734.50 |
| SALKIN, MOFFA & BONACQUISTI | 3120-000 | N/A | 7.00 | 7.00 | 7.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.05 | 14.05 | 14.05 |
| Rabobank, N.A. | 2600-000 | N/A | 14.83 | 14.83 | 14.83 |
| Rabobank, N.A. | 2600-000 | N/A | 15.34 | 15.34 | 15.34 |
| Rabobank, N.A. | 2600-000 | N/A | 16.90 | 16.90 | 16.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,860.39 | $3,860.39 | $3,860.39 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Precision Recovery Analytics, Inc. | 7100-000 | 11,700.00 | 13,560.86 | 13,560.86 | 1,413.74 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 4,235.15 | 4,235.15 | 441.52 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 646.00 | 646.90 | 646.90 | 67.44 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 1,400.00 | 1,417.00 | 1,417.00 | 147.72 |
| 5 | American Express Bank FSB | 7100-000 | 16,802.00 | 16,802.75 | 16,802.75 | 1,751.71 |
| 6 | American Express Centurion Bank | 7100-000 | 16,209.00 | 16,209.07 | 16,209.07 | 1,689.81 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,311.00 | 1,193.86 | 1,193.86 | 124.46 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 1,385.00 | 1,385.37 | 1,385.37 | 144.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Quantum3 Group LLC as agent for | 7100-000 | 7,065.00 | 14,232.71 | 14,232.71 | 1,483.78 |
| 10 | New Century Financial Services Inc | 7200-000 | 16,225.00 | 4,965.79 | 4,965.79 | 0.00 |
| 11 | CitiBank, NA | 7200-000 | 4,780.00 | 4,780.40 | 4,780.40 | 0.00 |
| NOTFILED | Laboratory Corp of America | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Corp of America | 7100-000 | 46.43 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate LLC | 7100-000 | 54.61 | N/A | N/A | 0.00 |
| NOTFILED | PSE&G | 7100-000 | 820.40 | N/A | N/A | 0.00 |
| NOTFILED | Paragon Way | 7100-000 | 12,689.00 | N/A | N/A | 0.00 |
| NOTFILED | M Leonard & Ass | 7100-000 | 92.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 628.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery | 7100-000 | 199.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayonne Municiple Water | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Optimum | 7100-000 | 2,768.29 | N/A | N/A | 0.00 |
| NOTFILED | Rooms to Go | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Pressler & Pressler | 7100-000 | 5,140.16 | N/A | N/A | 0.00 |
| NOTFILED | BNC Medical Assoc | 7100-000 | 992.00 | N/A | N/A | 0.00 |
| NOTFILED | Facey Medical | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Recovery Group | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Unifund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LDC Collection System | 7100-000 | 362.00 | N/A | N/A | 0.00 |
| NOTFILED | Fein, Such Kahn & Shepar | 7100-000 | 15,372.00 | N/A | N/A | 0.00 |
| NOTFILED | Judgement/Capital One | 7100-000 | 1,066.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Adjustment Service | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | RMA/NCO Financial | 7100-000 | 364.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 4,965.00 | N/A | N/A | 0.00 |
| NOTFILED | MACD Inc | 7100-000 | 263.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Performance | 7100-000 | 489.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery | 7100-000 | 2,195.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financial | 7100-000 | 4,966.00 | N/A | N/A | 0.00 |
| NOTFILED | Trident Asset Management | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys | 7100-000 | 6,445.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financial | 7100-000 | 4,235.00 | N/A | N/A | 0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $151,368.89 | $79,429.86 | $79,429.86 | $7,264.61 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 12-24548-RBR
**Case Name:** LARREGUI, ELISA

**Period Ending:** 12/13/13

**Trustee:** (290630) SONYA L. SALKIN, TRUSTEE
**Filed (f) or Converted (c):** 06/14/12 (f)
**§341(a) Meeting Date:** 07/17/12
**Claims Bar Date:** 10/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 37 E 15th St, Bayonne NJ 07002 | 333,000.00 | 0.00 | | 0.00 | FA |
| 2 | TD Bank Savings, Child Support, Chase Bank Savin | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5 | ING Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Child Support<br>$175 a week | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2004 Dodge Durango | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Funds paid to VW Credit on behalf of sister (u) | 11,000.00 | 11,125.00 | | 11,125.00 | FA |
| **8** | **Assets** **Totals** (Excluding unknown values) | **$346,900.00** | **$11,125.00** | | **$11,125.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

1. Trustee has retained counsel to recover funds that were paid to VW on behalf of sister. Settlement reached. Motion to approve settlement pending 9/26/12. Ready to close
2. Claims Bar Date: 10/18/12 Claims reviewed and ok.
3. Tax return not needed

**Initial Projected Date Of Final Report (TFR):** December 31, 2013 **Current Projected Date Of Final Report (TFR):** May 14, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-24548-RBR
**Case Name:** LARREGUI, ELISA

**Taxpayer ID #:** **-***8525
**Period Ending:** 12/13/13

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******38-66 - Checking Account
**Blanket Bond:** $133,133,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/12 | {8} | ELISA LARREGUI | PMT. NO. 1 ON ASSET NO. 8 PER ORDER DATED 10/23/12 | 1241-000 | 5,000.00 | | 5,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 11/28/12 | | ELISA LARREGUI | PARTIAL PMT. NO. 2 AND BANK FEES ON ASSET NO. 8 PER ORDER DATED 10/23/12 | | 1,125.00 | | 6,100.00 |
| | {8} | | Acct #BANK FEES; 25.00 Payment #1 | 1241-000 | | | 6,100.00 |
| | {8} | | Acct #BANK FEES; 25.00 Payment #2 | 1241-000 | | | 6,100.00 |
| | {8} | | Acct #ORDER DATED; 1,075.00 Payment #2 | 1241-000 | | | 6,100.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,075.00 |
| 12/14/12 | {8} | ELISA LARREGUI | PARTIAL PMT. NO. 2 ON ASSET NO. 8 PER ORDER DATED 10/23/12 | 1241-000 | 2,000.00 | | 8,075.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029063088 20121218 | 9999-000 | | 8,075.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,125.00** | **8,125.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 8,075.00 | |
| **Subtotal** | **8,125.00** | **50.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,125.00** | **$50.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-24548-RBR
**Case Name:** LARREGUI, ELISA

**Taxpayer ID #:** **-***8525
**Period Ending:** 12/13/13

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Bank Name:** Rabobank, N.A.
**Account:** ******7066 - Checking Account
**Blanket Bond:** $133,133,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,075.00 | | 8,075.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,065.00 |
| 01/18/13 | | ELISA LARREGUI | BAL. OF PMT. NO. 2 (FINAL) AND BANK FEES ON ASSET NO. 8 PER ORDER DATED 10/23/12 | | 3,000.00 | | 11,065.00 |
| | {8} | | Acct #BANK FEES; Payment #3 25.00 | 1241-000 | | | 11,065.00 |
| | {8} | | Acct #BANK FEES; Payment #4 25.00 | 1241-000 | | | 11,065.00 |
| | {8} | | Acct #BANK FEES; Payment #5 25.00 | 1241-000 | | | 11,065.00 |
| | {8} | | Acct #ORDER DATED 10/23/12; Payment #2 2,925.00 | 1241-000 | | | 11,065.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.05 | 11,050.95 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.83 | 11,036.12 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.34 | 11,020.78 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.90 | 11,003.88 |
| 08/07/13 | 10101 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $1,734.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,734.50 | 9,269.38 |
| 08/07/13 | 10102 | SALKIN, MOFFA & BONACQUISTI | Dividend paid 100.00% on $7.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 7.00 | 9,262.38 |
| 08/07/13 | 10103 | Precision Recovery Analytics, Inc. | Dividend paid 10.42% on $13,560.86; Claim# 1; Filed: $13,560.86; Reference: 4905 | 7100-000 | | 1,413.74 | 7,848.64 |
| 08/07/13 | 10104 | American InfoSource LP as agent for | Dividend paid 10.42% on $4,235.15; Claim# 2; Filed: $4,235.15; Reference: 2593/ GEMB | 7100-000 | | 441.52 | 7,407.12 |
| 08/07/13 | 10105 | Capital One Bank (USA), N.A. | Dividend paid 10.42% on $646.90; Claim# 3; Filed: $646.90; Reference: 6480/6288 | 7100-000 | | 67.44 | 7,339.68 |
| 08/07/13 | 10106 | Capital One Bank (USA), N.A. | Dividend paid 10.42% on $1,417.00; Claim# 4; Filed: $1,417.00; Reference: 8779 | 7100-000 | | 147.72 | 7,191.96 |
| 08/07/13 | 10107 | American Express Bank FSB | Dividend paid 10.42% on $16,802.75; Claim# 5; Filed: $16,802.75; Reference: 1007 | 7100-000 | | 1,751.71 | 5,440.25 |
| 08/07/13 | 10108 | American Express Centurion Bank | Dividend paid 10.42% on $16,209.07; Claim# 6; Filed: $16,209.07; Reference: 1000 | 7100-000 | | 1,689.81 | 3,750.44 |
| 08/07/13 | 10109 | Portfolio Recovery Associates, LLC | Dividend paid 10.42% on $1,193.86; Claim# 7; Filed: $1,193.86; Reference: 9239/ EXPRESS | 7100-000 | | 124.46 | 3,625.98 |
| 08/07/13 | 10110 | Portfolio Recovery Associates, LLC | Dividend paid 10.42% on $1,385.37; Claim# 8; Filed: $1,385.37; Reference: 5593/ | 7100-000 | | 144.43 | 3,481.55 |

Subtotals : $11,075.00 $7,593.45

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-24548-RBR
**Case Name:** LARREGUI, ELISA

**Taxpayer ID #:** **-***8525
**Period Ending:** 12/13/13

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Bank Name:** Rabobank, N.A.
**Account:** ******7066 - Checking Account
**Blanket Bond:** $133,133,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | VICTORIAS SECRET | | | | |
| 08/07/13 | 10111 | Quantum3 Group LLC as agent for | Dividend paid 10.42% on $14,232.71; Claim# 9; Filed: $14,232.71; Reference: 7955/ BOA | 7100-000 | | 1,483.78 | 1,997.77 |
| 08/07/13 | 10112 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,997.77 | 0.00 |
| | | | Dividend paid 100.00% on $1,862.50; Claim# ; Filed: $1,862.50 — 1,862.50 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $135.27; Claim# ; Filed: $135.27 — 135.27 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **11,075.00** | **11,075.00** | **$0.00** |
| Less: Bank Transfers | 8,075.00 | 0.00 | |
| **Subtotal** | **3,000.00** | **11,075.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,000.00** | **$11,075.00** | |

Net Receipts : 11,125.00
Net Estate : $11,125.00

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # 9200-******38-66** | **8,125.00** | **50.00** | **0.00** |
| **Checking # ******7066** | **3,000.00** | **11,075.00** | **0.00** |
| | **$11,125.00** | **$11,125.00** | **$0.00** |